**Wilfred Charles LaHAYE, Plaintiff-Appellant,**

v.

**The DOW CHEMICAL COMPANY, Inc., and the American Insurance Company, Defendants-Appellees.**

**No. 29855.**

United States Court of Appeals, Fifth Circuit.

Oct. 14, 1970.

Rehearing Denied Nov. 17, 1970.

Edgar N. Quillin, Arabi, La., Wayne C. Giordano, Belle Chasse, La., for plaintiff-appellant.

Stanley E. Loeb, New Orleans, La., for defendants-appellees.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966.

Before TUTTLE, BELL and GOLD-BERG, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**CENTRAL SOYA OF CANTON, INC., Petitioner-Cross-Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent-Cross-Petitioner.**

**No. 29020.**

United States Court of Appeals, Fifth Circuit.

Oct. 14, 1970.

Andrew P. Carter, New Orleans, La., Stanley R. Strauss, Washington, D. C., for petitioner.

Lynn D. Poole, Atty., N.L.R.B., Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Walter C. Phillips, Director, Atlanta, Ga., for respondent.

Before TUTTLE, BELL and GOLD-BERG, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, etc., 430 F.2d 966 [5 Cir., August 12, 1970].